UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL FRIEDMANN,

          Plaintiff,

v.

ENDURANCE WARRANTY SERVICES,

          Defendant.

CASE NO. 3:25-cv-05085-BHS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Michael Friedmann filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 4. After careful consideration of the Application, the governing law, and the balance of the record, the Court **ORDERS** as follows:

(1)    Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 4) is **GRANTED**.

(2)    The Clerk of Court is directed to send a copy of this Order to Plaintiff and to the Honorable Benjamin H. Settle.

Dated this 13th day of February, 2025.

Grady J. Leupold
United States Magistrate Judge